UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL ALBERTO VELAZQUEZ-IBARRA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-1109 |
| | § | |
| JOE SMITH, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on this 8th day of August, 2014.

_____
Kenneth M. Hoyt
United States District Judge